UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

BERNARD L. SCHWARTZ

                    Plaintiff,                          05 Civ. 7943 (PKC)

          -against-

TWIN CITY FIRE INSURANCE COMPANY, ET AL.

                    Defendants.
-------------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

          Considering the length of the trial, the complexity of the issues, juror attentiveness

(which has been extremely high) and the requests of the parties, I have reconsidered the issue of

the length of summations and revise the length as follows: Schwartz, Liberty, North American and

Twin City will be allowed up to 50 minutes for their summations and Schwartz will be allowed an

additional 10 minutes for a rebuttal summation.

          I am directing counsel for plaintiff to immediately fax a copy of this Order to all

other counsel and to confirm by telephone their receipt of same.

          SO ORDERED.

                                                        P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
       January 17, 2007